# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW DUFFY, GEORGE ADAMS, GREGG HARDER, CHRISTOPHER JACKMAN, JASON LEE, JOSE ORDAZ, VINCENT RUGGIERO, and SOHAIL SHAH, Individually and On Behalf of All Similarly Situated Individuals, ) ) ) ) ) ) | ) Case No. 09 CV 1746 |
| Plaintiffs, ) | ) |
| v. ) | ) Judge Edmond E. Chang |
| ) | ) Magistrate Judge Keys |
| THE TICKETRESERVE, INC. d/b/a FIRSTDIBZ.COM, ) ) ) | |
| Defendant. ) | |
| THE TICKET RESERVE, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JACOB HUTKINS, TIM MOEHRLE and DERREK GUMMERSHEIMER, ) ) ) ) | |
| Third-Party Defendants. ) | |

**JOINT STATUS REPORT REGARDING CONSENT TO MAGISTRATE JUDGE**

At this time, the parties have not agreed to consent to proceed before the magistrate judge assigned to this matter.

Respectfully submitted,

Dated: June 2, 2011      PLAINTIFFS

By: /s/ Andrew J. Sciolla

Andrew J. Sciolla (admitted pro hac vice)

POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Tel: 610-941-4204
Fax: 610-941-4245


THE TICKET RESERVE, INC.

By: /s/ Charles B. Leuin
    One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Jason B. Elster (ARDC No. 6289434)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312-456-8400
Fax: 312-456-8435

2

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on June 2, 2011, he electronically filed the foregoing **Joint Status Report Regarding Consent to Magistrate Judge** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the all counsel of record.

                                                    /s/ Charles B. Leuin
                                                    Charles B. Leuin